In the Matter of the Application of LILLIAN WEINER, Appellant, to Compel BERNARD M. TURKAT and DAVID DIAMOND, Attorneys at Law, of the City and State of New York, Formerly Doing Business as Copartners under the Firm Name and Style of TURKAT & DIAMOND, to Pay over Certain Moneys. DAVID DIAMOND, Respondent.— Order denying motion to compel payment of certain moneys affirmed, with ten dollars costs and disbursements, without prejudice to the right of the petitioner to bring an action for the relief sought in this summary proceeding, if so advised. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

HENRY J. LANGSDORF, Appellant, v. DOROTHY LANGSDORF, Respondent.— Order reversed on the law and the facts, without costs, motion for a physical examination of defendant in advance of trial granted, and matter remitted to the Special Term for the designation of one or more physicians. The circumstances of this case, in the interests of justice and orderly procedure, require that the examination should be had before the trial instead of in the course of the trial. Kapper, Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., dissents and votes for a modification of the order so as to provide therein that the denial of the motion be without prejudice to an application to the trial justice.

FRANCES M. LEARY, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

ANNA MORGENBESSER, Respondent, v. AL TARTASKY and Others, Defendants, and FANNIE KUPSHINSKY, Appellant.— Order granting appellant's motion to reopen hearings modified by striking out the conditions imposed, and as so modified affirmed, with ten dollars costs and disbursements to appellant. As the inability of appellant to procure the testimony in question was not the result of any fault on her part, the Special Term improperly imposed conditions upon granting the motion. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCESCO GAMBINO, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lanazsky, P. J., Young, Carswell, Tompkins and Davis, JJ.